UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 16-05656 |
| vs. | |
| LAWRENCE BETTERSON | |
| Defendant | |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on October 28, 2016. The summons issued on October 28, 2016 was not received by our office.

> Respectfully submitted,
>
> KML Law Group, P.C.
>
> By: _____
> Rebecca A. Solarz, Esquire
> Pennsylvania Attorney I.D. No. 27615
> Suite 5000 – BNY Independence Center
> 701 Market Street
> Philadelphia, PA 19106-1532
> (215) 825-6309

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff<br><br>vs.<br><br>LAWRENCE BETTERSON<br><br>        Defendant | CIVIL NO. 16-05656 |

I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

LAWRENCE BETTERSON
4555 North Mole Street
Philadelphia, PA 19140

by mailing a true and correct copy thereof, postage prepaid, on this 16 day of December, 2016.

Respectfully submitted,
KML Law Group, P.C.

By: *Brittni Augustin*
Brittni Augustin, Legal Assistant
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
215-825-6470