IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 16-5656 |
| v. | : | |
| | : | |
| LAWRENCE BETTERSON<br>*Defendant* | : | |
| | : | |

FILED
JAN 2 0 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

# N O T I C E

**AND NOW**, this 20th day of January 2017, a review of the docket reveals that at least 60 days have passed since Plaintiff filed the complaint, yet has not served the summons and complaint upon Defendant. Therefore, notice is hereby given that Plaintiff shall effectuate service of the summons and complaint by January 28, 2017, pursuant to Federal Rule of Civil Procedure 4(m).

Plaintiff is further advised that failure to comply with Rule 4(m), without good cause shown, will result in this action being dismissed against Defendant.

_____
**CAREY DORIS WIDMAN**
**Civil Deputy to the Hon. Nitza I. Quiñones Alejandro**