IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> *Plaintiff* <br><br> v. <br><br> **LAWRENCE BETTERSON** <br> *Defendant* | : **CIVIL ACTION** <br> : <br> : **NO. 16-5656** <br> : <br> : <br> : <br> : <br> : |

# ORDER

**AND NOW**, this 24th day of January 2017, upon consideration of Plaintiff's *motion to extend time to make service*, [ECF 4], it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff shall serve the complaint and summons on Defendant on or before February 28, 2017.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*