IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> *Plaintiff* | : <br> : <br> : | **CIVIL ACTION** <br> <br> **NO. 16-5656** |
| v. | : <br> : | |
| **LAWRENCE BETTERSON** <br> *Defendant* | : <br> : | |

## ORDER

**AND NOW**, this 24th day of February 2017, upon consideration of Plaintiff's *motion to extend time to make service*, [ECF 6], it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff shall serve the complaint and summons on Defendant on or before April 14, 2017.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*