## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>LAWRENCE BETTERSON; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-05656<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LAWRENCE BETTERSON the above process on the 2 day of March, 2017, at 1:16 o'clock, PM, at 504 Logan Ave Croydon, PA 19021 6977, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: KELLY BETTERSON
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 41-45  Height 5'7  Weight 175  Race BLACK  Sex FEMALE  Hair BLACK
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_ )
                                                     ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _D'Wayne Henriksson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-158191
Case ID #: 4822382

Subscribed and sworn to before me this _6_ day of _Mar_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017